FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Vicente Manuel AGUIRRE <br><br> Defendant. | Magistrate Case No.: '08 MJ 8571 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 31 U.S.C. § 5332 <br> Bulk Cash Smuggling <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 25, 2008, within the Southern District of California, defendant Vicente Manuel AGUIRRE, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly and intentionally conceal more than $10,000 in currency or other monetary instruments, to wit: approximately $273,940 in U.S currency, and attempt to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States, in violation of Title 31, United States Code, Section 5332.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Antonio Zenteno
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THE 26TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OFAMERICA

v.

Vicente Manuel AGUIRRE

STATEMENTS OF FACTS

This Statement of Facts is based on personal observations, investigation and information furnished to U. S. Immigration and Customs Enforcement Special Agent Antonio Zenteno.

On June 25, 2008, at approximately 1700 hours, defendant Vicente Manuel AGUIRRE entered a U. S. southbound operation at the Calexico, CA, West Port of Entry. AGUIRRE was the driver, sole occupant, and registered owner of a 1999 Cadillac, bearing California license plate number 6CFH471.

AGUIRRE gave Supervisor Customs & Border Protection Officer (SCBPO) J. Osuna a negative money declaration. SCBPO Osuna asked AGUIRRE on three separate occasions if he was carrying more than $10,000.00 of U.S. currency, which AGUIRRE replied he had only $400.00. Furthermore, AGUIRRE stated he was en-route to Mexicali, Baja California, Mexico to visit relatives.

While SCBPO Osuna conducted his primary inspection of AGUIRRE, Customs & Border Protection Officer (CBPO) J. Jones was conducting a southbound roving operation with his assigned narcotic detector dog (NDD), which alerted to the Cadillac, indicating that the NDD had detected the odor of controlled substances. CBPO Jones advised the SCBP Osuna of his NDD alert.

Subsequent inspection of the Cadillac revealed 23 packages concealed within the rear backseat rest . The 23 packages were examined and determined to contain a combined total of approximately $273,940.00 in U.S. currency.

AGUIRRE was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. AGUIRRE stated that he thought he was smuggling either weapons or money in excess of $10,000 dollars from the United States into Mexico. AGUIRRE stated that he was going to receive $500.00 for smuggling the currency into Mexico.