```
1  PHILIP A DeMassa
   A PROFESSIONAL CORPORATION
2  ATTORNEY AT LAW -Bar No. 47667
   2356 Moore Street, Suite 201
3  San Diego, California 92110
   Telephone: (619) 294-2777
4  Facsimile: (619) 294-2120
   Attorneys for Defendant
5  VICENTE MANUEL AGUIRRE
```



## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 08MJ8571 |
| )  Plaintiff, ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| v. ) | |
| VICENTE MANUEL AGUIRRE, ) | |
| )  Defendant. ) | |

Defendant VICENTE MANUEL AGUIRRE substitutes Philip A. DeMassa, of Phlilip A. DeMassa, A.P.C. as his attorney of record in place and stead of attorney Mark Xavier Carlos.

Dated:   July 1, 2008            _____
                                 VICENTE MANUEL AGUIRRE

I accept the substitution of attorney.

Dated:   July 1, 2008            _____
                                 PHILIP A. DeMASSA
                                 Attorney for Defendant
                                 VICENTE MANUEL AGUIRRE

NOTICE OF SUBSTITUTION OF ATTORNEY                             - 1 -

I consent to the substitution of attorney.

Dated: July 7, 2008

_____
MARC XAVIER CARLOS

IT IS SO ORDERED

Dated: 7-10-08

_____
United States District Magistrate Judge

NOTICE OF SUBSTITUTION OF ATTORNEY                    -2-